UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TYRONE MORTON                          )
                                       )
v.                                     )        No.  3:07-0584
                                       )        JUDGE CAMPBELL
UNITED STATES OF AMERICA               )

ORDER

Pending before the Court is a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or

Correct Sentence and accompanying Memorandum (Docket Nos. 1 and 2), filed by the

Movant/Petitioner (hereinafter "Petitioner"), pro se.  The Government has filed a Response to

the Motion (Docket No. 7).

The Court has reviewed the pleadings and briefs filed by both parties, the record of

Petitioner's underlying conviction, and the entire record in this case.  For the reasons set forth in

the accompanying Memorandum, the Court concludes that Petitioner's Motion is DENIED, and

this action is DISMISSED.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order,

such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c),

which will not issue because the Petitioner has failed to make a substantial showing of the denial

of a constitutional right. Castro v. United States, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE